UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Harold David Goldstein,<br><br>    Defendant. | Case No. CR 11-0099-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of California for alleged violation(s) of the terms and conditions of (his)/her [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no known bail resources, prior escape conviction, lengthy criminal history

```
                                _____

                                _____

                                _____

       and/or

B.     ( )   The defendant has not met his/her burden of establishing by
       clear and convincing evidence that he/she is not likely to pose
       a danger to the safety of any other person or the community if
       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
       on:_____

       _____

       _____

       _____


       IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:    7/16/13                     /s/ Jean Rosenbluth
                                      JEAN ROSENBLUTH
                                      U.S. MAGISTRATE JUDGE
```

2